THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY and BCS INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:21-cv-00616-BJR<br><br>**ORDER GRANTING IN PART MOTION TO ADJUST DEADLINES SET IN ORDER SETTING TRIAL DATE & RELATED DATES** |

The Court has reviewed Plaintiff Atlantic Specialty Insurance Company's Motion to Adjust Deadlines Set in the Order Setting Trial Date and Related Dates (Dkt. 65). The Court concludes that Plaintiff has failed to demonstrate that good cause exists for a six-month extension of the deadlines, as no reason is given for the delay in conducting discovery between May, 2021 and November 2021. However, acknowledging that transfer of this case from another district may have justified some delay in discovery, the Court hereby grants Plaintiff's request in part by extending all remaining deadlines in this case by 45 days. It is therefore ordered that the following deadlines are extended to the dates provided:

ORDER GRANTING MOTION TO
ADJUST CASE SCHEUDULE - 1
Case No. 2:21-cv-00616-BJR
SMRH:4856-9306-3175.2

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 FAX: 415.434.3947

| Event | Date |
|---|---|
| BENCH TRIAL DATE | December 8, 2022 |
| Reports from expert witness under FRCP 26(a)(2) due | June 27, 2022 |
| Discovery completed by | March 21, 2022 |
| All dispositive motions must be filed by | August 8, 2022 |
| All motions *in limine* must be filed by | November 3, 2022 |
| Joint Pretrial Statement | November 10, 2022 |
| Pretrial conference | November 21, 2022 |

DATED this 6th day of January, 2022.

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER GRANTING MOTION TO
ADJUST CASE SCHEDULE - 2
Case No. 2:21-cv-00616-BJR
SMRH:4856-9306-3175.2

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 FAX: 415.434.3947

1  Presented by:

2  SHEPPARD, MULLIN, RICHTER
   & HAMPTON LLP
3

4
           /s/ Robert J. Guite                              B
5  Robert J. Guite, WSBA No. 25753
   Attorneys for Atlantic Specialty
6  Insurance Company

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING MOTION TO
ADJUST CASE SCHEDULE - 3
Case No. 2:21-cv-00616-BJR
SMRH:4856-9306-3175.2

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 FAX: 415.434.3947