HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY et al.<br><br>Defendant(s) | Case No. 2:21-cv-00616 BJR<br><br>**ORDER GRANTING MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT FOR *PRO HAC VICE ADMISSION*** |

Upon consideration of the Motion to Waive Physical Office Requirement in LCR 83.1(d) and the supporting Declaration of Robert J. Guite filed by Plaintiff Atlantic Specialty Insurance Company, and for good cause shown,

**IT IS ORDERED** that the motion to waive the physical office requirement contained in LCR 83.1(d) is **GRANTED**.

///

///

[PROPOSED] ORDER GRANTING MOTION TO WAIVE PHYSICAL OFFICE REQUIREMENT FOR PHV ADMISSION- 1
Case No. 2:21-cv-00616-BJR
SMRH:4880-3640-5257.1

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415.434.9100 FAX: 415.434.3947

1   DATED this 8th day of February, 2022.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented by:

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ *Robert J. Guite*
Robert J. Guite, WSBA No. 25753
Attorneys for Plaintiff
Atlantic Specialty Insurance Company

ORDER GRANTING MOTION TO
WAIVE PHYSICAL OFFICE REQUIREMENT
FOR PHV ADMISSION- 2
Case No. 2:21-cv-00616-BJR

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
415.434.9100 Fax: 415.434.3947