THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY and BCS INSURANCE COMPANY,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-00616-BJR<br><br>**STIPULATION FOR DISMISSAL OF CERTAIN PARTIES PURSUANT TO FED. R. CIV. P. 41(a)** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Atlantic Specialty Insurance Company ("ASIC") and Defendant Lexington Insurance Company ("Lexington") hereby dismiss with prejudice all claims asserted by ASIC against Lexington.  ASIC and Lexington shall bear their own fees and costs in connection with the dismissed claims.

　　　BCS Insurance Company ("BCS") hereby stipulates to the dismissal of these claims after which Lexington will no longer be a party to this case. This stipulation does not apply to any claims or counterclaims between ASIC and BCS.  The claims between ASIC and BCS are in no way affected by the entry of this Stipulation.

STIPULATION FOR DISMISSAL OF CERTAIN
PARTIES WITH PREJUDICE – 1
Case No. 2:21-cv-00616-BJR

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415.434.9100

Dated: April 13, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Robert J. Guite*
Robert J. Guite, WSBA No. 25753

INTACT U.S. COVERAGE LITIGATION GROUP

Greta A. Matzen, admitted *Pro Hac Vice*
Sara L. Menton, admitted *Pro Hac Vice*
Emmitt L. DuBose III, admitted *Pro Hac Vice*

Attorneys for Plaintiff
Atlantic Specialty Insurance Company

Dated April 13, 2022

JENSEN MORSE BAKER PLLC

By  */s/ Gabriel Baker*
Gabriel Baker, WSBA No. 28473
Steven D. Jensen, WSBA No. 26495

Attorneys for Defendant
Lexington Insurance Company

Dated: April 13, 2022

FROST PEARLMAN, LLC

By  */s/ Marc Pearlman*
Marc Pearlman, admitted *Pro Hac Vice*

Attorneys for Defendant
BCS Insurance Company

STIPULATION FOR DISMISSAL OF CERTAIN
PARTIES WITH PREJUDICE – 2
Case No. 2:21-cv-00616-BJR

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415.434.9100

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

The undersigned certifies under penalty of perjury under the laws of the State of Washington and the United States, that the document attached hereto was presented to the Clerk of the Court for filing and uploading to the CM/ECF system. In accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court will send e-mail notification of such filing to the CM/ECF participants listed below and any non-CM/ECF participants will be served in accordance with the Federal Rules of Civil Procedure:

*Counsel for Defendant Lexington Insurance Company:*
Gabriel Baker
Steven D. Jensen
JENSEN MORSE BAKER, PLLC
1809 7th Ave, Suite 410
Seattle, WA 98101

*Counsel for Defendant BCS Insurance Company:*

| | |
|---|---|
| Alfred E. Donohue | Janine M. Loetscher |
| Sarah L. Eversole | Jeffrey R. Mulder |
| WILSON SMITH COCHRAN DICKERSON | BASSFORD REMELE |
| 901 5th Ave, Suite 1700 | 100 S. 5th Street, Suite 1500 |
| Seattle, WA 98164 | Minneapolis, MN 55402-1254 |

Marc Pearlman
Timothy Kelly
FROST PEARLMAN, LLC
2201 Waukegam Rd., Suite 160
Bannockburn, IL 60015

Executed on the 13th day of April, 2022, at San Francisco, California.

By:     */s/Robert J. Guite*
Robert J. Guite, WSBA No. 25753
Sheppard Mullin Richter & Hampton LLP
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: 415.434.9100
Facsimile: 415.434. 3947
E-mail: rguite@sheppardmullin.com

STIPULATION FOR DISMISSAL OF CERTAIN PARTIES WITH PREJUDICE – 3
Case No. 2:21-cv-00616-BJR

SHEPPARD MULLIN RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
415.434.9100