# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ATLANTIC SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

LEXINGTON INSURANCE COMPANY and BCS INSURANCE COMPANY,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NO. 2:21-cv-0616-BJR

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT defendants' motion to dismiss be granted and plaintiffs' motion to amend be denied and that plaintiffs' action be dismissed with prejudice.

Dated 11/16/2022

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk