# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY and BCS INSURANCE COMPANY,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. 2:21-cv-0616-BJR |

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the parties' cross motions for summary judgment be granted in part, and that the remaining claims in the complaint be dismissed.

Dated November 16, 2022.

Ravi Subramanian
Clerk of Court

s/*Serge Bodnarchuk*
Deputy Clerk